UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-16-14

ANTON PURISIMA,

                        Plaintiff,

        -v-                                         No. 11-cv-9159 (RJS)
                                                    ORDER
WE CARE (F.E.G.S.), *et al.*,
                        Defendants.

RICHARD J. SULLIVAN, District Judge:

On May 29, 2014, the Honorable Ronald L. Ellis, Magistrate Judge, issued a Report
and Recommendation (Doc. No. 39) recommending that this action be dismissed without
prejudice for Plaintiff's failure to prosecute pursuant to Rule 41(b) of the Federal Rules of
Civil Procedure. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, and as stated in
Judge Ellis's Report and Recommendation, the parties had fourteen (14) days after being
served with a copy of the Report and Recommendation to file written objections.[1] Failure to
file timely objections typically constitutes a waiver of those objections both in this Court and
on later appeal to the United States Court of Appeals.

The Court is in receipt of a letter, dated June 13, 2014, from Plaintiff, proceeding *pro
se*, making a timely request for an extension to file written objections to Judge Ellis's Report
and Recommendation because he did not receive the Report and Recommendation until that
date. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's request is GRANTED and

---

[1] Rule 6(d) of the Federal Rules of Civil Procedure specifies that when service is made by mail, three (3) days
are added after the period would otherwise expire. Because in this case that day was a Sunday, the deadline to
file written objections was June 16, 2014.

the parties' deadline to file written objections to the May 29, 2014 Report and Recommendation is now October 7, 2014. No further requests for extension will be granted.

SO ORDERED.

Dated:       September 16, 2014
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE